**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**John Edward Schomaker**

    **v.**                               Case No. 07-cv-164-PB

**United States of America,
Arnold H. Huftalen,
John/Jane Doe(s)**

**O R D E R**

In an accompanying order (Opinion No. 2008 DNH 100), I granted Defendants' Motion for Summary Judgment (Doc. No. 29). Accordingly, Defendants' Motion for Leave to File a Supplemental Memorandum of Law in Support of Summary Judgment (Doc. No. 34), Defendants' Motion to Strike (Doc. No. 45), and Plaintiff's Motion for Rule 11 Sanctions (Doc. No. 62) are denied as moot.

Additionally, Plaintiff's Motion to Strike (Doc. No. 48) is denied as moot for the reasons specified in footnotes 2 and 5 on pages 2 and 15 of the above-mentioned order. Plaintiff's Motion to Maintain Arnold Huftalen as a Defendant (Doc. No. 53) is denied as moot because the above-mentioned order folded plaintiff's state law claims against Arnold Huftalen into

plaintiff's Federal Tort Claims Act ("FTCA") claims against the United States.

     SO ORDERED.

                               /s/Paul Barbadoro
                               Paul Barbadoro
                               United States District Judge

May 13, 2008

cc:  John Edward Schomaker, pro se
     Evan J. Roth, Esq.